MELISSA HOLYOAK, United States Attorney (#9832)
BRYAN REEVES, Assistant United States Attorney (DC #99479)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

FILED
2026 JUN 2
CLERK
U.S. DISTRICT COURT

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | VIO. 8 U.S.C. § 1325(a)(2) |
| vs. | : | (ELUDING EXAMINATION OR INSPECTION BY IMMIGRATION OFFICERS) |
| CARLOS FRANCISCO MIRANDA-VARELA, | : | |
| Defendant. | : | Case: 2:26–po–00356<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 6/2/2026<br>Description: USA v Miranda–Varela |

---

The United States Attorney charges:

COUNT I

That the defendant herein,

CARLOS FRANCISCO MIRANDA-VARELA,

an alien, between on or after February 2, 2012, until June 1, 2026, did knowingly elude examination and inspection by immigration officers until his apprehension on or about

June 1, 2026, by immigration officers in the District of Utah, all in violation of Title 8, United States Code, Section 1325(a)(2).

DATED this 2nd day of June, 2026.

MELISSA HOLYOAK
United States Attorney

For: ______________________________
BRYAN REEVES
Assistant United States Attorney